Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant John Botson

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE AND JOHN BOTSON <br><br> Defendants. | Case No. 5:12-cv-02048-EJD <br><br> **DEFENDANT JOHN BOTSON'S CERTIFICATION OF INTERESTED PARTIES** <br><br> (Pursuant to N.D. Cal. Civ. L.R. 3-16) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, Defendant Botson is unaware of any interested party related to Defendant in this litigation.

DATED: June 4, 2012　　　　　　　　NICHOLAS RANALLO, ATTORNEY AT LAW


By: _____/s/ Nicholas Ranallo_____
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Defendant
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on this 4th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/　　　　　Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law