Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant John Botson

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE AND JOHN BOTSON <br><br> Defendants. | Case No. 5:12-cv-02048-EJD <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS – STATEMENT OF RECENT DECISION** |

Pursuant to Northern District of California Local Rule 7-3(d)(2), Defendant John Botson hereby submits the following relevant judicial opinion in which Judge Hamilton has granted Defendant's Motion to Dismiss a functionally identical claim of negligence against an ISP account-holder in *AF Holdings v. John Doe & Josh Hatfield,* 4:12-cv-2049 (N.D. Cal. September 4, 2012)(attached as Exhibit A).

DATED: September 6, 2012    Respectfully Submitted,

NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Defendant John Botson
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 6th day of September, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/    Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law