United States District Court
Northern District of California

1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **Northern District of California**
10 AF Holdings, LLC,                              12-02048 EJD
11           Plaintiff(s),                        **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12     v.
13 Doe,
14           Defendant(s).
15
16     The parties have failed to file an ADR Certification and either a Stipulation and
17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
18 Conference as required by the Initial Case Management Scheduling Order.  Counsel
19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
24 at www.adr.cand.uscourts.gov.)
25
26     Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
12-02048 EJD                                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 12, 2012

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:        AF Holdings, LLC v. Doe

Case Number:      12-02048 EJD

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 12, 2012, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Brett Langdon Gibbs
> of Counsel to Prenda Law Inc.
> 38 Miller Avenue
> Suite # 263
> Mill Valley, CA 94941
> blgibbs@wefightpiracy.com
>
> John Doe
> ,
>
> Nicholas Ranallo
> Attorney at Law
> 371 Dogwood Way
> Boulder Creek, CA 95006
> nick@ranallolawoffice.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 12, 2012 in San Francisco, California.

                                                RICHARD W. WIEKING
                                                Clerk
                                                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

                                                ADR Program Administrator
                                                415-522-4205
                                                Tim_Smagacz@cand.uscourts.gov