Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
21 Locust Avenue, Suite #1
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOHN DOE AND JOHN BOTSON,<br><br>　　　　Defendants. | **No. 5:12-cv-02048-EJD**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT BOTSON'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant John Botson filed a notice of supplemental authority in support of his motion to dismiss. (ECF No. 20.) Defendant Botson attached the decision in *AF Holdings v. John Doe & Josh Hatfield,* 12-cv-02049 (N.D. Cal. September 4, 2012) to his notice. (ECF No. 20-1.) Defendant Botson argues that the attached decision is involves a "functionally identical claim of negligence against an ISP account-holder." (ECF No. 20.)

Defendant's characterization of Plaintiff's claim is, *per se*, false. Negligence claims are highly fact-intensive. *Thomas v. Newton Intern. Enterprises*, 42 F.3d 1266, 1271 (9th Cir. 1994) ("In many cases, this fact-intensive question will be inappropriate to decide on summary judgment and must be left for the jury.") (quoting *Kirsch v. Plovidba*, 971 F.2d 1026, 1030 (3rd Cir. 1992). Simply because the general factual background involves digital piracy does not mean that the specific circumstances of a given claim is functionally identical.

Indeed, federal courts throughout California have recognized that the negligence claims asserted by Plaintiff in its first amended complaint could survive a motion to dismiss. *See e.g.*,

*Liberty Media Holdings, LLC v. Felix Latimore, et al.*, No. 11-cv-00040 (S.D. Cal. July 11, 2011), ECF No. 9 (recommending the granting of a motion for default judgment against a Defendant accused of negligence); *AF Holdings LLC v. John Doe*, No. 12-1519 (S.D. Cal. July 12, 2012), ECF No. 4 at 6 ("Accordingly, Plaintiff's negligence cause of action could withstand a motion to dismiss.").

          Respectfully Submitted,

          PRENDA LAW INC.

**DATED: September 13, 2012**

By:   /s/ Brett L. Gibbs

        Brett L. Gibbs, Esq. (SBN 251000)
        Of Counsel to Prenda Law Inc.
        21 Locust Avenue, Suite #1
        Mill Valley, CA 94941
        blgibbs@wefightpiracy.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

                                                    /s/ Brett L. Gibbs, Esq.
                                                    Brett L. Gibbs, Esq.