UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 20 mins**

CIVIL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 28, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-12-02048 EJD | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

CASE TITLE

AF Holdings LLC v. John Doe et al

APPEARANCES

Attorney(s) for Plaintiff(s): Brett Gibbs
Attorney(s) for Defendant(s): Nicholas Ranallo

PROCEEDINGS

Motion to Dismiss First Amended Complaint [Doc. 17]

ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument. The Court to issue further order following hearing. The Case Management conference also scheduled for September 28, 2012 was vacated.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: